# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No: 6:20-cv-2154-Orl-37LRH

AISHIA PETERSEN,

    Plaintiff,

v.

UNIQLO USA LLC,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AISHIA PETERSEN, by and through the undersigned attorney, file this Notice of Voluntary Dismissal with Prejudice and states that the Petition for Injunctive Relief and all allegations therein are withdrawn and the Plaintiff requests a dismissal of the Petition with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2021 the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel via email.

           *s/Acacia Barros*
           Attorney for Plaintiff
           ACACIA BARROS, P.A.
           Acacia Barros, Esq.
           FBN: 106277
           11120 N. Kendall Dr., Suite 201
           Miami, Florida 33176
           Tel: 305-639-8381
           ab@barroslawfirm.com